**Order entered August 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00803-CV

## IN THE INTEREST OF A.M.G., I.V.G. AND E.G., CHILDREN

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-13-17718

## ORDER

By letter dated July 10, 2014 letter, the Court directed appellant to file, no later than July 21, 2014, written verification he had requested preparation of the reporter's record and had paid or made arrangements to pay the reporter's fee. Appellant was cautioned that failure to comply could result in submission of the appeal without the reporter's record. Because to date appellant has not complied, we **ORDER** the appeal submitted without the reporter's record. *See* Tex. R. App. P. 37.3(c).

We note the clerk's record has not been filed. Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than August 15, 2014, either the record or written verification appellant has failed to pay the clerk's fee and has not been found indigent. We caution appellant that, should the Court receive notice appellant has not been found indigent and has failed to pay the clerk's fee, the appeal may be dismissed without further notice. *See id.* 37.3(b), 42.3(b),(c).

We **DIRECT** the Clerk of the Court to transmit a copy of this order to Mr. Fitzsimmons and all parties.

/s/    ELIZABETH LANG-MIERS
            JUSTICE